NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAJ GROUP, LLC,**

*Plaintiff-Appellant*

v.

**DAVIDOFF OF GENEVA USA INC., OETTINGER DAVIDOFF AG,**

*Defendants-Appellees*

---

2025-1634

---

Appeal from the United States District Court for the Middle District of Florida in No. 8:23-cv-02396-WFJ-AAS, Judge William F. Jung.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                SAJ GROUP, LLC V. DAVIDOFF OF GENEVA USA INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

August 1, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 1, 2025